No. 96–372. COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. *v.* GRIFFIN. Ct. App.

N. Y. Certiorari denied.